# UNITED STATES DISTRICT COURT
## District of Maine

| | |
|---|---|
| EASTERN SEABOARD CONCRETE ) <br> CONSTRUCTION CO., INC., et al ) <br> ) <br>     **Plaintiffs** ) <br> v. ) <br> ) <br> GRAY CONSTRUCTION INC., et al, ) <br> ) <br>     **Defendants** ) <br> ) | **\*\*Civil No. 08-37-P-S** |

## ORDER AFFIRMING THE
## RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed with the Court on April 18, 2008, her Recommended Decision (Docket No. 10). Plaintiff Eastern Seaboard Concrete Construction Co., Inc. filed its Objection to the Recommended Decision (Docket No. 11) on May 5, 2008. Defendants Gray Construction, Inc. and Travelers Casualty and Surety Co. of America filed their response to Plaintiff's Objection (Docket No. 12) on May 19, 2008.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in her Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **AFFIRMED**.

2.  It is hereby **ORDERED** that Defendant Gray Construction, Inc.'s Motion to Vacate (Docket No. 1) is **GRANTED**.

3.  It is hereby **ORDERED** that Plaintiff Eastern Seaboard's Cross-Motion to Confirm the Award Plus Interest (Docket No. 5) is **DENIED**.

/s/George Z. Singal_____
Chief U.S. District Judge

Dated: May 21, 2008