# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | | |
|---|---|---|
| EASTERN SEABOARD CONCRETE CONSTRUCTION CO., INC., et al., | ) ) ) | |
| Plaintiffs, | ) ) | Civil No. 08-37-P-S |
| v. | ) ) | |
| GRAY CONSTRUCTION INC., et al., | ) ) | |
| Defendants. | ) | |

## ORDER CONFIRMING AMENDED ARBITRATION AWARD

In accordance with the December 31, 2008 Opinion of the First Circuit (Docket # 21) as well as the First Circuit Mandate (Docket # 22), filed on February 27, 2009, the Court hereby CONFIRMS the Amended Arbitration Award, dated November 4, 2007, in its entirety.

SO ORDERED.

                                          /s/ George Z. Singal
                                          United States District Judge

Dated this 3rd day of March, 2009.